IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 14-01025-TUC-JAS (JR) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Adam Jacob Ecker, | ) | |
| Defendant. | ) | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Jacqueline M. Rateau. In the Report and Recommendation, Magistrate Judge Rateau recommends that this Court find that Defendant is not competent to stand trial. As the Court finds that the Report and Recommendation appropriately resolved the **issue of competency and prospects for restoration**, the objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Rateau's Report and Recommendation (Doc. 116) is accepted and adopted.

(2) The Defendant is found to not be competent to stand trial, even after attempted

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

1 | restoration.
2 | (3) The Government shall dismiss this the criminal charges and if warranted, institute
3 | other proceedings.

DATED this 13th day of November, 2017.

_____
James A. Soto
United States District Judge